**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-1486**

———————————

STANLEY CHEESEBORO,

                Plaintiff – Appellant,

      v.

CITY OF COLUMBIA,

                Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.  (3:11-cv-02173-JFA)

———————————

Submitted:  September 24, 2013     Decided:  September 27, 2013

———————————

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Stanley Cheeseboro, Appellant Pro Se. William Allen Nickles,
III, NICKLES LAW FIRM, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Cheeseboro appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendant in this action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cheeseboro v. City of Columbia, No. 3:11-cv-02173-JFA (D.S.C. Mar. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED